**DR 25 CV 0076 FILED**

SEP 3 0 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

United States District Court

Gabryelle Daniels
- vs -
State of Texas, Department of family and protective Services. Governor Greg Abbott (CASA) Court appointed Special advocates (Defendants) Melissa McClure, Dori Mistic, Kyle Dennis, Brandon Belt

Complaint / Petition

1. Jurisdiction And Venue
This court has jurisdiction under 28 USC 1331 because the claims arise under 42 U.S.C 1983

2. Plaintiff requests Jurisdiction Due to bias acts During prior Suits with Austin And Waco Division, which were Dismissed without prejudice

II. Parties
1. Gabryelle Daniels
2. Defendants: State of Texas DFPS: Vicki Israel, Amy Montes, Jacinda Mouton, Governor Greg Abbott. (CASA) Kevin Lee, Lekhanna Webb, Kyle Dennis, Melissa McClure, Dori Mistic, Brandon Belt

III. Statement of Facts
1. DFPS, with the participation of CASA removed one child from the Home without Probable cause while siblings remained in the Home. 2. The removal was based on A falsified affidavit, constituting perjury, which

3. DFPS neglected its statutory duties in supervision, nutrition, education, and medical care for the child in its custody. 4. A Ex Parte court proceeding resulting in the father Derrick Gamble stripping of parental rights neither myself nor father was present. 5. Attorneys involved in the prior proceedings failed to report misconduct by DFPS, CASA or other parties, contributing to violations of plaintiffs rights. These actions violated Plaintiffs Due process rights, family integrity and the fourth amendment rights under the U.S. Constitution 6. After the child was returned to the home, DFPS and CASA continued to receive state and federal funds for the child's care. 7. Prior suits filed by plaintiff were dismissed without prejudice due to bias acts, necessitating this filing. The Statue of limitations for these claims expire 10/09/2025. IV. Claims for relief 1. Violation of Due process and Family integrity = Defendants, under color of state law deprived plaintiff and the child of constitutional rights to Due process and Family integrity by: Removing the child without probable cause; Submitting falsified affidavits, conducting Ex parte proceedings without parental presence, neglecting supervision, nutrition, education and medical care. Interfering with the parent-child relationship and the right to raise the child without unwarranted governmental intrusion.

failing by attorneys to report misconduct, contributing to the unlawful removal and retention of the child. Count 2: Violation of Fourth Amendment: Defendants, under color of state law, violated plaintiffs and the child's rights under the Fourth Amendment by: removing the child from the home without probable cause; using falsified affidavits and/or perjury to justify the removal; conducting ex parte actions that constituted an unlawful seizure. Count 3: Negligence: 1. Defendants acted negligently in failing to supervise the child, provide proper care, follow procedures and report misconduct, resulting in harm to Plaintiff and the child. Count 4: Conspiracy to Deprive Plaintiff and the child of their constitutional rights, including Due Process, family integrity, and Fourth Amendment protections. 2. The conspiracy involved coordinated acts including the falsification of affidavits, ex parte proceedings, neglect of duties, attorneys failing to report misconduct and the continued receipt of State/Federal funds after the child was returned. 3. These acts were willful, deliberate, and undertaken under color of state law V. Requested Relief: Plaintiff respectfully requests that the Court: 1. Issue injunctive relief against Governor Greg Abbott "only" to prevent further harm. 2. Declare that the Defendants actions violated Plaintiffs Due process, family integrity and Fourth Amendment rights, and involved

3. Award Compensatory Damages And punitive Damages in the maximum amount by law to Plaintiff for harm Suffered, including emotional Distress, loss of parental Rights and Harm to the parents-Child relationship and Family integrity. Any other relief the Court Deems Just And proper.

Respectfully Submitted:
Gabryelle Daniels
800 N. 2nd Street
Copperas Cove Tx 76522
254.499.8850
Danielsgabryelle85@Gmail.com

Any Identifying Information of the plaintiff Child, or Family not be made Publicly accessible, Consistent with the Protections of the trafficking Victims protections Act

Gabryelle Daniels
406 N. 2nd Street
Copperas Cove Tx
76522



AUSTIN TX 787
RIO GRANDE DISTRICT
22 SEP 2025 AM 3

U.S. District Clerks Office
111 East Broadway Room L100
Del Rio Tx 78840

RECEIVED
SEP 29 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

78840-557320